## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Shamar Montgomery,

      Plaintiff,

                          Case No. 2:20-cv-1360

                          Judge Michael H. Watson

v.

                          Magistrate Judge Jolson

Judge Julie Lynch,

      Defendant.

## ORDER

On March 30, 2020, the United States Magistrate Judge issued an Order and Report and Recommendation ("R&R") granting Plaintiff's motion to proceed *in forma pauperis* and recommending that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2).  R&R, ECF No. 3.  The parties were advised of their right to object to the R&R.  Plaintiff filed a motion because of the coronavirus, but the motion failed to address the Magistrate Judge's R&R.  ECF No. 6.  He later filed a document stating he would like to withdraw his motion, as well as 67 pages wherein he describes problems he has encountered throughout his life.  ECF Nos. 7–8.  Plaintiff's handwritten arguments are difficult to decipher, and he does not appear to raise specific objections to the R&R.  Nonetheless, the Court will construe Plaintiff's documents as objections, and the Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b)(3).

In his motion and documents, Plaintiff does not raise any specific objections, but instead continues to write about the many problems he has encountered in his life and briefly mentions his issues with Defendant Judge Julie Lynch.  Plaintiff's general objections are insufficient to preserve any issues for review, and "[a] general objection to the entirety of the magistrate [judge]'s report has the same effects as would a failure to objection."  *Howard v. Sec'y of H.H.S.*, 932 F.2d 505, 509 (6th Cir. 1991).  Therefore, for the detailed reasons in the R&R, the Court finds that Plaintiff's Objections are without merit and are hereby **OVERRULED**.

The R&R, ECF No. 3, is **ADOPTED** and **AFFIRMED.**  Plaintiff's Complaint is dismissed.

The Clerk shall remove ECF Nos. 3 and 6 from the Court's pending motions list and **TERMINATE** this case.

**IT IS SO ORDERED**.

*/s/ Michael H Watson*
**MICHAEL H. WATON, JUDGE**
**UNITED STATES DISTRICT COURT**